UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MCKINNEY HOUSING AUTHORITY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:25-cv-00467 |
| PROVIDENCE HOMEOWNERS ASSOCIATION, INC. and FIRSTSERVICE RESIDENTIAL TEXAS, INC. | § § § § § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF DISCLOSURE OF EXPERT WITNESSES

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and Local Rule CV-26(c), Plaintiff

McKinney Housing Authority hereby gives notice that it has served the following Disclosures on

Defendants Providence Homeowners Association, Inc. and FirstService Residential Texas, Inc.:

Plaintiff's Disclosure of Expert Witnesses, served on December 22, 2025.

Respectfully submitted,

By:  /s/ Katie Anderson
      Katie Anderson
      State Bar No. 00789631
      KAnderson@CCSB.com
      LaCrecia Perkins
      State Bar No. 24091574
      LPerkins@CCSB.com
      CARRINGTON, COLEMAN,
      SLOMAN & BLUMENTHAL, L.L.P.
      901 Main Street, Suite 550
      Dallas, Texas 75202
      214.855.3000—telephone
      214.580.2641—facsimile

**ATTORNEYS FOR PLAINTIFF**
**MCKINNEY HOUSING AUTHORITY**

i_12569793v.1

**Certificate of Service**

I certify that on December 22, 2025, I electronically filed this document with the Clerk of the U.S. District Court for the Eastern District of Texas using the electronic case filing system. This was also the method of service of this document upon counsel for the other parties in this case.

/s/ *LaCrecia Perkins*
LaCrecia Perkins

i_12569793v.1