# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DEWANNA JOHNSON *ET AL.*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:25-cv-418 |
| PROVIDENCE HOMEOWNERS | § | Judge Mazzant |
| ASSOCIATION, FIRSTSERVICE | § | |
| RESIDENTIAL TEXAS, INC., | § | |
| | § | |
| *Defendants*. | § | |


| | | |
|---|---|---|
| MCKINNEY HOUSING AUTHORITY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:25-cv-467 |
| PROVIDENCE HOMEOWNERS | § | Judge Mazzant |
| ASSOCIATION, FIRSTSERVICE | § | |
| RESIDENTIAL TEXAS, INC., | § | |
| | § | |
| *Defendants*. | § | |


| | | |
|---|---|---|
| DENTON HOUSING AUTHORITY, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:25-cv-774 |
| PROVIDENCE HOMEOWNERS | § | Judge Mazzant |
| ASSOCIATION, FIRSTSERVICE | § | |
| RESIDENTIAL TEXAS, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Pending before the Court is the Parties' Agreed Motion for Continuance and Motion for Entry of New Scheduling Order (Dkt. #74). Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **GRANTED in part** and **DENIED in part**.

It is therefore **ORDERED** that the Parties' Agreed Motion for Continuance and Motion for Entry of New Scheduling Order (Dkt. #74) is hereby **GRANTED in part** and **DENIED in part**.

It is further **ORDERED** that all deadlines may be extended by a maximum of 120 days.[1] Acting in accordance with this ruling, the Parties must submit a proposed Scheduling Order within **fourteen (14) days** of the date of this Order.

**IT IS SO ORDERED.**

**SIGNED this 26th day of May, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

---

[1]  Of course, the proposed dates remain subject to Court approval. Deadlines pertaining to the PTC and trial date are likely to be further modified.